# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 3:20−cr−00506−HZ *SEALED* |
| Plaintiff, | |
| v. | |
| **HAWAZEN SAMEER MOTHAFAR** | |
| Defendant. | |

## Criminal Case Assignment Order

**1.    Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge......................Hon. Marco A. Hernandez
> Presiding Judge's Suffix Code*............................HZ
>
> *These letters must follow the case number on all future filings.

**2.    Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Jennifer Paget
> Telephone: 503−326−8051
> Email: jennifer_paget@ord.uscourts.gov

**3.    Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 503−326−8050

**4.    Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.    District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:** November 3, 2020                          **MARY L. MORAN**
                                                     **Clerk of Court**

                                              by:   /s/ J. Norgate
                                                    J. Norgate, Deputy Clerk