BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
Ethan.Knight@usdoj.gov
**GEOFFREY A. BARROW**
Geoffrey.Barrow@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00506-HZ |
| v. | **NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** |
| **HAWAZEN SAMEER MOTHAFAR,** | |
| **Defendant.** | |

**GOVERNMENT'S NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE**

**SURVEILLANCE ACT INFORMATION**

The United States of America hereby provides notice to defendant, **HAWAZEN SAMEER MOTHAFAR**, and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical

**Notice of Intent to Use Foreign Intelligence Surveillance Act Information**               Page 1

search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1802-1812, 1821-1829.

Dated: November 5, 2020         Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #992984
GEOFFREY A. BARROW
Assistant United States Attorneys