AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| HAWAZEN SAMEER MOTHAFAR | ) Case No. 3:20-cr-00506-HZ |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    HAWAZEN SAMEER MOTHAFAR,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization
Providing and Attempting to Provide Material Support to a Designated Foreign Terrorist Organization
False Statements in an Immigration Application
False Statement to a Government Agency

Date: 11/03/2020

s/J Norgate
*Issuing officer's signature*

City and state:    Portland, OR

J Norgate, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 11/5/2020
Date: _____    ARRESTED BY FBI

*Arresting officer's signature*

U.S. MARSHAL

*Printed name and title*