SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
Ethan.Knight@usdoj.gov
**WILLIAM M. NARUS, CASB #243633**
William.Narus@usdoj.gov
Assistant United States Attorneys
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00506-HZ |
| v. | **MOTION TO SEAL EXHIBIT TO GOVERNMENT'S MOTION TO TAKE DEPOSITION PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |
| **HAWAZEN SAMEER MOTHAFAR,** | |
| Defendant. | |

The United States of America moves the Court for an order sealing Exhibit 2 to the Government's Motion to Take Deposition Pursuant to Rule 15 of the Federal Rules of Criminal Procedure as Exhibit 2 contains sensitive law enforcement information and public disclosure at this time may result in the endangerment of the life or physical safety of individuals located overseas, the intimidation of potential witnesses, and/or otherwise seriously jeopardize this case and other ongoing investigations.

The government further requests that the government be authorized to provide a copy of Exhibit 2 to the Government's Motion to Take Deposition Pursuant to Rule 15 of the Federal Rules of Criminal Procedure to attorneys for defendant in this case.

Dated: April 29, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #992984
WILLIAM M. NARUS, CASB #243633
Assistant United States Attorneys