Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
Email: Mark_Ahlemeyer@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00506-HZ |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING DATE |
| HAWAZEN SAMEER MOTHAFAR, | |
| Defendant. | |

The defendant, HAWAZEN SAMEER MOTHAFAR, through his attorney, Mark Ahlemeyer, hereby moves the Court to continue the sentencing hearing date in the above-entitled case, which is presently scheduled for December 11, 2024, to September 25th or 26th of 2025, or a date thereafter convenient to the Court. A continuance is necessary based on the interests of justice and is unopposed by Assistant United States Attorney Ethan Knight.

Dated: December 4, 2024.

/s/ Mark Ahlemeyer
Mark Ahlemeyer, OSB # 095997

Page 1    DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING DATE